NANCY H. WILLIAMS, Respondent, *v.* GEORGE W. G. KINNEY et al., Appellants.

(Argued January 13, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order

made January 21, 1887, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*James P. Olney* for appellants.

*C. W. White* for respondent.

Agree to affirm; no opinion.
All concur except FOLLETT, Ch. J., not sitting.
Judgment affirmed.